# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
Deborah S. Hunt     POTTER STEWART U.S. COURTHOUSE     Tel. (513) 564-7000
Clerk     CINCINNATI, OHIO 45202-3988     www.ca6.uscourts.gov

Filed: May 02, 2023

Ms. Ann E. Filkins
U.S. District Court
for the Western District of Michigan at Marquette
202 W. Washington Street
P.O. Box 698
Marquette, MI 49855-0000

            Re: Case No. 22-1857, *Benjamin Ragan v. Kelly Wellman*
                 Originating Case No. : 2:20-cv-00069

Dear Ms. Filkins,

   Enclosed is a copy of the mandate filed in this case.

                                         Sincerely yours,

                                         s/Austin D. Tyree
                                            for Michelle Lambert, Case Manager

cc: Ms. Jennifer Ann Foster
     Mr. Benjamin Ricardo Ragan

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

———————

No: 22-1857

———————

Filed: May 02, 2023

BENJAMIN RICARDO RAGAN

    Plaintiff - Appellant

v.

KELLY M. WELLMAN, Regional Dietician

    Defendant - Appellee

MANDATE

Pursuant to the court's disposition that was filed 04/10/2023 the mandate for this case hereby issues today.

COSTS: None